| | | Period Start 9/15/2025 | Period End 9/28/2025 | Check Date 10/3/2025 | Check Number 1582 |
|---|---|---|---|---|---|
| Employee Name NICHOLS, JOSEPH C | | Employee No HZ162 | Soc. Sec. No | Hours Paid 80.00 | Check Amount $1,662.97 |

| Current Earnings 2,296.00 | | Current Deductions 252.12 | Current Taxes 380.91 | | YTD Earnings 50,465.00 | YTD Subject to FIT 49,134.50 | YTD Net Pay 36,371.26 |
|---|---|---|---|---|---|---|---|
| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
| Earnings | BONUS SUPP FIT | | | | | | 5,000.00 | |
| | SALARY | Regular | 80.00 | 28.70 | | 2,296.00 | 45,465.00 | |
| Deductions | 2ND 401K LOAN | | | 25.68 | | 25.68 | 513.60 | |
| | 401K LOAN | | | 113.54 | | 113.54 | 2,139.81 | |
| | 401k 8% or Less | | | 2.00000 | 2,296.00 | 45.92 | 909.30 | |
| | 401k 8%LESS ROT | | | 2.00000 | 2,296.00 | 45.92 | 909.30 | |
| | CANCER INDEM | | | 17.76 | | 17.76 | 355.20 | |
| | VISION | | | 3.30 | | 3.30 | 66.00 | |
| Taxes | FIT | | | | 2,229.02 | 110.67 | 3,259.92 | |
| | MEDICARE | | | | 2,274.94 | 32.99 | 725.65 | |
| | SOC SEC | | | | 2,274.94 | 141.05 | 3,102.79 | |
| | PA SIT | | | | 2,274.94 | 69.84 | 1,536.37 | |
| | PA7335 | | | | 2,274.94 | 22.75 | 500.45 | |
| | PUC TAX | | | | 2,296.00 | 1.61 | 35.35 | |
| | PA2027 | | | | 2,296.00 | 2.00 | 40.00 | |
| Direct Deposit | PAYROLL | | | 100.00000 | 1,662.97 | 1,662.97 | | |

|  | | | Period Start 9/29/2025 | Period End 10/12/2025 | Check Date 10/17/2025 | Check Number 1600 |
|---|---|---|---|---|---|---|
| Employee Name NICHOLS, JOSEPH C | | | Employee No HZ162 | Soc. Sec. No | Hours Paid 80.00 | Check Amount $1,662.97 |

| Current Earnings 2,296.00 | | Current Deductions 252.12 | Current Taxes 380.91 | | YTD Earnings 52,761.00 | YTD Subject to FIT 51,363.52 | | YTD Net Pay 38,034.23 |
|---|---|---|---|---|---|---|---|---|
| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
| Earnings | BONUS SUPP FIT | | | | | | 5,000.00 | |
|  | SALARY | Regular | 80.00 | 28.70 | | 2,296.00 | 47,761.00 | |
| Deductions | 2ND 401K LOAN | | | 25.68 | | 25.68 | 539.28 | |
|  | 401K LOAN | | | 113.54 | | 113.54 | 2,253.35 | |
|  | 401k 8% or Less | | | 2.00000 | 2,296.00 | 45.92 | 955.22 | |
|  | 401k 8%LESS ROT | | | 2.00000 | 2,296.00 | 45.92 | 955.22 | |
|  | CANCER INDEM | | | 17.76 | | 17.76 | 372.96 | |
|  | VISION | | | 3.30 | | 3.30 | 69.30 | |
| Taxes | FIT | | | | 2,229.02 | 110.67 | 3,370.59 | |
|  | MEDICARE | | | | 2,274.94 | 32.99 | 758.64 | |
|  | SOC SEC | | | | 2,274.94 | 141.05 | 3,243.84 | |
|  | PA SIT | | | | 2,274.94 | 69.84 | 1,606.21 | |
|  | PA7335 | | | | 2,274.94 | 22.75 | 523.20 | |
|  | PUC TAX | | | | 2,296.00 | 1.61 | 36.96 | |
|  | PA2027 | | | | 2,296.00 | 2.00 | 42.00 | |
| Direct Deposit | PAYROLL | | | 100.00000 | 1,662.97 | 1,662.97 | | |

|  |  |  | Period Start 10/13/2025 | Period End 10/26/2025 | Check Date 10/31/2025 | Check Number 1618 |
|---|---|---|---|---|---|---|
| Employee Name NICHOLS, JOSEPH C |  |  | Employee No HZ162 | Soc. Sec. No | Hours Paid 80.00 | Check Amount $1,662.97 |

| Current Earnings 2,296.00 | | Current Deductions 252.12 | | Current Taxes 380.91 | YTD Earnings 55,057.00 | YTD Subject to FIT 53,592.54 | | YTD Net Pay 39,697.20 |
|---|---|---|---|---|---|---|---|---|
| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
| Earnings | BONUS SUPP FIT | | | | | | 5,000.00 | |
|  | SALARY | Regular | 80.00 | 28.70 | | 2,296.00 | 50,057.00 | |
| Deductions | 2ND 401K LOAN | | | 25.68 | | 25.68 | 564.96 | |
|  | 401K LOAN | | | 113.54 | | 113.54 | 2,366.89 | |
|  | 401k 8% or Less | | | 2.00000 | 2,296.00 | 45.92 | 1,001.14 | |
|  | 401k 8%LESS ROT | | | 2.00000 | 2,296.00 | 45.92 | 1,001.14 | |
|  | CANCER INDEM | | | 17.76 | | 17.76 | 390.72 | |
|  | VISION | | | 3.30 | | 3.30 | 72.60 | |
| Taxes | FIT | | | | 2,229.02 | 110.67 | 3,481.26 | |
|  | MEDICARE | | | | 2,274.94 | 32.99 | 791.63 | |
|  | SOC SEC | | | | 2,274.94 | 141.05 | 3,384.89 | |
|  | PA SIT | | | | 2,274.94 | 69.84 | 1,676.05 | |
|  | PA7335 | | | | 2,274.94 | 22.75 | 545.95 | |
|  | PUC TAX | | | | 2,296.00 | 1.61 | 38.57 | |
|  | PA2027 | | | | 2,296.00 | 2.00 | 44.00 | |
| Direct Deposit | PAYROLL | | | 100.00000 | 1,662.97 | 1,662.97 | | |

Page 1 of 1

| | | | Period Start | Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| | | | 10/27/2025 | 11/9/2025 | 11/14/2025 | 1636 |
| **Employee Name** | | | **Employee No** | **Soc. Sec. No** | **Hours Paid** | **Check Amount** |
| NICHOLS, JOSEPH C | | | HZ162 | | 80.00 | $1,662.97 |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Subject to FIT | YTD Net Pay |
|---|---|---|---|---|---|
| 2,296.00 | 252.12 | 380.91 | 57,353.00 | 55,821.56 | 41,360.17 |

| Category | Earning/Ded/Tax | Type | Hours | Rate or % | Pieces or Base | Amount | Year to Date | Balance |
|---|---|---|---|---|---|---|---|---|
| Earnings | BONUS SUPP FIT | | | | | | 5,000.00 | |
| | SALARY | Regular | 80.00 | 28.70 | | 2,296.00 | 52,353.00 | |
| Deductions | 2ND 401K LOAN | | | 25.68 | | 25.68 | 590.64 | |
| | 401K LOAN | | | 113.54 | | 113.54 | 2,480.43 | |
| | 401k 8% or Less | | | 2.00000 | 2,296.00 | 45.92 | 1,047.06 | |
| | 401k 8%LESS ROT | | | 2.00000 | 2,296.00 | 45.92 | 1,047.06 | |
| | CANCER INDEM | | | 17.76 | | 17.76 | 408.48 | |
| | VISION | | | 3.30 | | 3.30 | 75.90 | |
| Taxes | FIT | | | | 2,229.02 | 110.67 | 3,591.93 | |
| | MEDICARE | | | | 2,274.94 | 32.99 | 824.62 | |
| | SOC SEC | | | | 2,274.94 | 141.05 | 3,525.94 | |
| | PA SIT | | | | 2,274.94 | 69.84 | 1,745.89 | |
| | PA7335 | | | | 2,274.94 | 22.75 | 568.70 | |
| | PUC TAX | | | | 2,296.00 | 1.61 | 40.18 | |
| | PA2027 | | | | 2,296.00 | 2.00 | 46.00 | |
| Direct Deposit | PAYROLL | | | 100.00000 | 1,662.97 | 1,662.97 | | |