Geisinger Wyoming Valley Medical Center    1000 East Mountain Boulevard Wilkes Barre, PA 18711
Karla Nichols    804 Church Street Moosic, PA 18507

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Karla Nichols | Geisinger Wyoming Valley Medical Center | 49598 | 09/21/2025 | 10/04/2025 | 10/10/2025 | |

| | Hours Worked | Gross Pay | Taxable Benefits | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.32 | 1,509.30 | 0.96 | 268.86 | 62.47 | 1,177.97 |
| YTD | 1,282.56 | 27,126.77 | 19.94 | 4,805.05 | 1,195.23 | 21,126.49 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Used | | | 0 | 0 | 590.53 |
| LTD Credits | 09/21/2025 - 10/04/2025 | 0 | 0 | 4.15 | 87.15 |
| Overtime | 09/21/2025 - 09/27/2025 | 0.15 | 27.995 | 4.20 | |
| Overtime | 09/28/2025 - 10/04/2025 | 0.17 | 27.885 | 4.75 | 1,105.12 |
| Primary PTO | | | 0 | 0 | 2,028.59 |
| Regular Pay | 09/21/2025 - 10/04/2025 | 80 | 18.59 | 1,487.20 | 23,076.20 |
| Tier 1 Staffing Incentive | | | 0 | 0 | 147.94 |
| Weekday Evening Shift | | | 0 | 0 | 8.00 |
| Weekend Evening Shift | 09/21/2025 - 09/27/2025 | 4.5 | 2 | 9.00 | 83.24 |
| Earnings | | | | 1,509.30 | 27,126.77 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 90.03 | 1,614.40 |
| Medicare | 21.05 | 377.56 |
| Federal Withholding | 95.83 | 1,700.67 |
| State Tax - PA | 44.42 | 796.11 |
| SUI-Employee Paid - PA | 1.06 | 18.99 |
| City Tax - PTSTN | 14.47 | 259.32 |
| PA LST - PTSTN | 2.00 | 38.00 |
| Employee Taxes | 268.86 | 4,805.05 |

### Taxable Benefits

| Description | Amount | YTD |
|---|---|---|
| Group-Term Life Insurance | 0.96 | 19.94 |
| Taxable Benefits | 0.96 | 19.94 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| Basic Dental | 2.76 | 52.44 |
| Geisinger Essential | 52.53 | 998.07 |
| LTD 60% of Salary | 4.15 | 87.15 |
| Vision | 3.03 | 57.57 |
| Deductions | 62.47 | 1,195.23 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) ER - Geisinger System Services | 75.26 | 1,352.08 |
| Basic Dental ER | 8.09 | 169.89 |
| Basic Life 1.5x ER | 1.44 | 30.99 |
| Employer Paid Short Term Disability | 13.82 | 290.22 |
| Geisinger Essential ER | 292.37 | 6,139.77 |
| Details Not Displayed | 115.23 | 2,079.11 |
| Employer Paid Benefits | 506.21 | 10,062.06 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,451.94 | 26,038.63 |
| Medicare - Taxable Wages | 1,451.94 | 26,038.63 |
| Federal Withholding - Taxable Wages | 1,451.94 | 26,038.63 |
| State Tax Taxable Wages - PA | 1,446.83 | 25,931.54 |
| City Tax Taxable Wages - PTSTN | 1,446.83 | 25,931.54 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| woodforest | woodforest ******4491 | ******4491 | | 1,162.97 | USD |
| PNC Bank | Kerla's account | ******1515 | | 15.00 | USD |

Geisinger Wyoming Valley Medical Center   1000 East Mountain Boulevard Wilkes Barre, PA 18711
Karla Nichols   804 Church Street Moosic, PA 18507

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Karla Nichols | Geisinger Wyoming Valley Medical Center | 49598 | 10/05/2025 | 10/18/2025 | 10/24/2025 | |

| | Hours Worked | Gross Pay | Taxable Benefits | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.40 | 1,500.65 | 0.96 | 266.78 | 62.47 | 1,171.40 |
| YTD | 1,354.96 | 28,627.42 | 20.90 | 5,071.83 | 1,257.70 | 22,297.89 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Holiday Used | | | 0 | | 590.53 |
| LTD Credits | 10/05/2025 - 10/18/2025 | 0 | 0 | 4.15 | 91.30 |
| Overtime | 10/12/2025 - 10/18/2025 | 0.2 | 27.885 | 5.58 | 1,110.70 |
| Primary PTO | 10/05/2025 - 10/11/2025 | 8 | 18.59 | 148.72 | 2,177.31 |
| Regular Pay | 10/05/2025 - 10/18/2025 | 72.2 | 18.59 | 1,342.20 | 24,418.40 |
| Tier 1 Staffing Incentive | | | 0 | | 147.94 |
| Weekday Evening Shift | | | 0 | | 8.00 |
| Weekend Evening Shift | | | 0 | | 83.24 |
| Earnings | | | | 1,500.65 | 28,627.42 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| Social Security | 89.48 | 1,703.88 |
| Medicare | 20.93 | 398.49 |
| Federal Withholding | 94.79 | 1,795.46 |
| State Tax - PA | 44.15 | 840.26 |
| SUI-Employee Paid - PA | 1.05 | 20.04 |
| City Tax - PTSTN | 14.38 | 273.70 |
| PA LST - PTSTN | 2.00 | 40.00 |
| Employee Taxes | 266.78 | 5,071.83 |

| Taxable Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| Group-Term Life Insurance | 0.96 | 20.90 |
| Taxable Benefits | 0.96 | 20.90 |

| Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Basic Dental | 2.76 | 55.20 |
| Geisinger Essential | 52.53 | 1,050.60 |
| LTD 60% of Salary | 4.15 | 91.30 |
| Vision | 3.03 | 60.60 |
| Deductions | 62.47 | 1,257.70 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) ER - Geisinger System Services | 74.83 | 1,426.91 |
| Basic Dental ER | 8.09 | 177.98 |
| Basic Life 1.5x ER | 1.44 | 32.43 |
| Employer Paid Short Term Disability | 13.82 | 304.04 |
| Geisinger Essential ER | 292.37 | 6,432.14 |
| Details Not Displayed | 114.56 | 2,193.67 |
| Employer Paid Benefits | 505.11 | 10,567.17 |

| Subject or Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,443.29 | 27,481.92 |
| Medicare - Taxable Wages | 1,443.29 | 27,481.92 |
| Federal Withholding - Taxable Wages | 1,443.29 | 27,481.92 |
| State Tax Taxable Wages - PA | 1,438.18 | 27,369.72 |
| City Tax Taxable Wages - PTSTN | 1,438.18 | 27,369.72 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| woodforest | woodforest ******4491 | ******4491 | | 1,156.40 | USD |
| PNC Bank | Kerla's account | ******1515 | | 15.00 | USD |

Geisinger Wyoming Valley Medical Center   1000 East Mountain Boulevard Wilkes Barre, PA 18711
Karla Nichols   804 Church Street Moosic, PA 18507

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Karla Nichols | Geisinger Wyoming Valley Medical Center | 49598 | 10/19/2025 | 11/01/2025 | 11/07/2025 | |

| | Hours Worked | Gross Pay | Taxable Benefits | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 77.33 | 1,527.05 | 0.96 | 273.07 | 62.47 | 1,191.51 |
| YTD | 1,432.29 | 30,154.47 | 21.86 | 5,344.90 | 1,320.17 | 23,489.40 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday Used | | | 0 | | 590.53 | Social Security | 91.12 | 1,795.00 |
| LTD Credits | 10/19/2025 - 11/01/2025 | 0 | 0 | 4.15 | 95.45 | Medicare | 21.31 | 419.80 |
| Overtime | 10/26/2025 - 11/01/2025 | 1.18 | 27.885 | 32.91 | 1,143.61 | Federal Withholding | 97.96 | 1,893.42 |
| Primary PTO | 10/19/2025 - 10/25/2025 | 4 | 18.59 | 74.36 | 2,251.67 | State Tax - PA | 44.96 | 885.22 |
| Regular Pay | 10/19/2025 - 11/01/2025 | 76.15 | 18.59 | 1,415.63 | 25,834.03 | SUI-Employee Paid - PA | 1.07 | 21.11 |
| Tier 1 Staffing Incentive | | | | 0 | 147.94 | City Tax - PTSTN | 14.65 | 288.35 |
| Weekday Evening Shift | | | | 0 | 8.00 | PA LST - PTSTN | 2.00 | 42.00 |
| Weekend Evening Shift | | | | 0 | 83.24 | | | |
| Earnings | | | | 1,527.05 | 30,154.47 | Employee Taxes | 273.07 | 5,344.90 |

| Taxable Benefits | | | Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Group-Term Life Insurance | 0.96 | 21.86 | Basic Dental | 2.76 | 57.96 |
| | | | Geisinger Essential | 52.53 | 1,103.13 |
| | | | LTD 60% of Salary | 4.15 | 95.45 |
| | | | Vision | 3.03 | 63.63 |
| Taxable Benefits | 0.96 | 21.86 | Deductions | 62.47 | 1,320.17 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) ER - Geisinger System Services | 76.15 | 1,503.06 | OASDI - Taxable Wages | 1,469.69 | 28,951.61 |
| Basic Dental ER | 8.09 | 186.07 | Medicare - Taxable Wages | 1,469.69 | 28,951.61 |
| Basic Life 1.5x ER | 1.44 | 33.87 | Federal Withholding - Taxable Wages | 1,469.69 | 28,951.61 |
| Employer Paid Short Term Disability | 13.82 | 317.86 | State Tax Taxable Wages - PA | 1,464.58 | 28,834.30 |
| Geisinger Essential ER | 292.37 | 6,724.51 | City Tax Taxable Wages - PTSTN | 1,464.58 | 28,834.30 |
| Details Not Displayed | 116.58 | 2,310.25 | | | |
| Employer Paid Benefits | 508.45 | 11,075.62 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| woodforest | woodforest ******4491 | ******4491 | | 1,176.51 | USD |
| PNC Bank | Kerla's account | ******1515 | | 15.00 | USD |

Geisinger Wyoming Valley Medical Center   1000 East Mountain Boulevard Wilkes Barre, PA 18711
Karla Nichols   804 Church Street Moosic, PA 18507

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Karla Nichols | Geisinger Wyoming Valley Medical Center | 49598 | 11/02/2025 | 11/15/2025 | 11/21/2025 | |

| | Hours Worked | Gross Pay | Taxable Benefits | Employee Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.43 | 1,519.74 | 0.96 | 271.32 | 62.47 | 1,185.95 |
| YTD | 1,504.72 | 31,674.21 | 22.82 | 5,616.22 | 1,382.64 | 24,675.35 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday Used | | | | 0 | 590.53 | Social Security | 90.67 | 1,885.67 |
| LTD Credits | | | | 4.15 | 99.60 | Medicare | 21.20 | 441.00 |
| Overtime | 11/02/2025 - 11/08/2025 | 0.25 | 28 | 7.00 | 1,150.61 | Federal Withholding | 97.08 | 1,990.50 |
| Primary PTO | 11/09/2025 - 11/15/2025 | 8 | 18.59 | 148.72 | 2,400.39 | State Tax - PA | 44.74 | 929.96 |
| Regular Pay | 11/02/2025 - 11/15/2025 | 72.18 | 18.59 | 1,341.83 | 27,175.86 | SUI-Employee Paid - PA | 1.06 | 22.17 |
| Tier 1 Staffing Incentive | | | | 0 | 147.94 | City Tax - PTSTN | 14.57 | 302.92 |
| Weekday Evening Shift | | | | 0 | 8.00 | PA LST - PTSTN | 2.00 | 44.00 |
| Weekend Evening Shift | 11/02/2025 - 11/15/2025 | 9.02 | 2 | 18.04 | 101.28 | | | |
| Earnings | | | | 1,519.74 | 31,674.21 | Employee Taxes | 271.32 | 5,616.22 |

| Taxable Benefits | | | Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Group-Term Life Insurance | 0.96 | 22.82 | Basic Dental | 2.76 | 60.72 |
| | | | Geisinger Essential | 52.53 | 1,155.66 |
| | | | LTD 60% of Salary | 4.15 | 99.60 |
| | | | Vision | 3.03 | 66.66 |
| Taxable Benefits | 0.96 | 22.82 | Deductions | 62.47 | 1,382.64 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) ER - Geisinger System Services | 75.78 | 1,578.84 | OASDI - Taxable Wages | 1,462.38 | 30,413.99 |
| Basic Dental ER | 8.09 | 194.16 | Medicare - Taxable Wages | 1,462.38 | 30,413.99 |
| Basic Life 1.5x ER | 1.44 | 35.31 | Federal Withholding - Taxable Wages | 1,462.38 | 30,413.99 |
| Employer Paid Short Term Disability | 13.82 | 331.68 | State Tax Taxable Wages - PA | 1,457.27 | 30,291.57 |
| Geisinger Essential ER | 292.37 | 7,016.88 | City Tax Taxable Wages - PTSTN | 1,457.27 | 30,291.57 |
| Details Not Displayed | 116.02 | 2,426.27 | | | |
| Employer Paid Benefits | 507.52 | 11,583.14 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| woodforest | woodforest ******4491 | ******4491 | | 1,170.95 | USD |
| PNC Bank | Kerla's account | ******1515 | | 15.00 | USD |