# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Joseph Cornelle Nichols; aka Joe Nichols; aka Joseph C Nichols; aka Joseph Nichols<br><br>Karla Pereira Borges-Nichols; aka Karla Borges-Nichols; aka Karla Nichols; aka Karla Pereira Borges Nichols; Karla Pereira Nichols<br><br>　　　　　Debtors<br><br>Joseph Nichols,<br><br>　　　　　Movant<br><br>v.<br><br>Fine Line Homes,<br><br>　　　　　Respondent | Chapter 13<br><br>Case No. 5:25-bk-03393-MJC<br><br>Debtor's Motion to Authorize Wage Attachment |

## ORDER TO PAY TRUSTEE

Upon consideration of the above-referenced Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, it is hereby ORDERED that until further Order of this Court:

Attention Payroll Department
Fine Line Homes
7300 Derry Street
Harrisburg, PA 17111

shall deduct from said Debtor's income the total sum of $143.08 from each bi-weekly paycheck, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic lump sum payment as a result of vacation, termination, or any benefits payable to above debtor and shall remit the deducted sums as follows:

| Payee | Amount per bi-weekly paycheck | Memo Line Text |
|---|---|---|
| Jack N. Zaharopoulous<br>Chapter 13 Trustee<br>P.O. Box 6008<br>Memphis, TN 38101-6008 | $143.08 | "Case No.: 5:25-bk-03393-MJC " |

IT IS FURTHER ORDERED that checks issued pursuant to this Order shall be sent to each payee on the same date that the Debtor is paid, and that the face of the payee's check shall include the corresponding text set forth in the column labeled "Memo Line Text" in the above chart. This order shall be binding upon any successor in interest to Respondent. Respondent shall change or discontinue the aforementioned deductions (including the identity of any payee) upon written certification from the trustee or the debtor's counsel that such a change or discontinuation, as applicable, is required. Respondent shall not charge any fee to debtor in connection with Respondent's compliance with this order.