United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-03393-MJC
Joseph Cornelle Nichols  Chapter 13
Karla Pereira Borges-Nichols
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5　　　　　　　User: AutoDocke　　　　　　　Page 1 of 4
Date Rcvd: Jan 06, 2026　　　　　Form ID: ntcnfhrg　　　　　　Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol**　　**Definition**

\+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Cornelle Nichols, Karla Pereira Borges-Nichols, 804 Church St, Moosic, PA 18507-1608 |
| 5762308 | | American Heritage Insurance Services, PO Box 40525, Jacksonville, FL 32203-0525 |
| 5764732 | + | Berkheimer, AGent for Scranton City SD/Scranton Ci, c/o David R. Gordon, 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 5762321 | + | Daniel Nichols, Dunmore Health Care Center, 1000 Mill St, Dunmore, PA 18512-3069 |
| 5762324 | + | Fine Line Homes Inc Retirement Plan, 7300 Derry St, Harrisburg, PA 17111-5227 |
| 5764697 | + | Nationstar Mortgage LLC, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106-2607 |
| 5762332 | + | PA American Water, PO Box 37142, Pittsburgh, PA 15250-0001 |
| 5762333 | | PA Department of Revenue, Attn Bankruptcy Division, Department 280946, Harrisburg, PA 17101-0946 |
| 5762334 | | Pennsylvania Physician Service, Attn: Bankruptcy, 661 Andersen Dr Ste 110, Pittsburgh, PA 15220-2700 |
| 5762336 | + | Scranton City/HAB DLT Berkheimer, 50 N Seventh St, Bangor, PA 18013-1731 |
| 5762343 | | TBOM/Atlas/Fortiva/THD, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 5762345 | + | UGI Utilities, PO Box 15503, Wilmington, DE 19850-5503 |
| 5762348 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5762352 | | William Spencer, AVP/Manager, Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5765414 | + | Email/Text: feedback@cascadereceivables.com | Jan 06 2026 18:46:56 | CASCADE CAPITAL FUNDING, LLC, 5341 Old Redwood Hwy Suite 210, Petaluma, CA 94954-7127 |
| 5762318 | | Email/Text: FSBNK@conserve-arm.com | Jan 06 2026 18:46:00 | ConServe, 200 CrossKeys Office Park, Fairport, NY 14450 |
| 5762309 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2026 18:55:37 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5762310 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2026 18:55:29 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5762311 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 06 2026 18:55:47 | Capital One Auto Finance, Attn Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5763417 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2026 18:55:47 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5768803 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2026 18:55:38 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5762313 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2026 18:46:00 | Comenity/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 5762312 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2026 18:46:00 | Comenity/Boscovs, Attn: Bankruptcy Dept, PO |

| Recipient ID | | Notice Method | Date/Time | Recipient Name/Address |
|---|---|---|---|---|
| | | | | Box 183003, Columbus, OH 43218-3003 |
| 5762314 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2026 18:46:00 | Comenity/Sephora, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5762315 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2026 18:46:00 | Comenity/Sephora, PO Box 182120, Columbus, OH 43218-2120 |
| 5762316 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2026 18:46:00 | Comenity/Victoria's Secret, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 5762317 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2026 18:46:00 | Comenity/Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 5762319 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 06 2026 18:55:30 | Credit One Bank NA, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5762320 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 06 2026 18:55:38 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5762322 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 06 2026 18:55:38 | Dept of Ed/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 5762323 | | Email/Text: Mercury@ebn.phinsolutions.com | Jan 06 2026 18:46:00 | FB&T/Mercury, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 5762325 | ^ | MEBN | Jan 06 2026 18:42:52 | Geisinger, 100 N Academy Ave, Danville, PA 17822-0001 |
| 5762326 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 06 2026 18:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5764651 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2026 18:55:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5762327 | | Email/Text: bankruptcy@marinerfinance.com | Jan 06 2026 18:46:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5762328 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 06 2026 18:55:29 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5762330 | ^ | MEBN | Jan 06 2026 18:42:43 | NCB Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 5762329 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 06 2026 18:46:00 | Nationstar/Mr Cooper, 350 Highland St, Houston, TX 77009-6623 |
| 5762331 | | Email/Text: bankruptcy@marinerfinance.com | Jan 06 2026 18:46:00 | Officer, Managing, or General Agent, Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5762335 | ^ | MEBN | Jan 06 2026 18:42:51 | PPL, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5763456 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 06 2026 18:46:00 | Pennsylvania American Water, New Jersey American Water, PO Box 2798, Camden, NJ 08101-2700 |
| 5762337 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 06 2026 18:55:28 | SYNCB/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5762338 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 06 2026 18:55:38 | SYNCB/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 5762340 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 06 2026 18:55:28 | SYNCB/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5762339 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 06 2026 18:55:29 | SYNCB/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5762342 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 06 2026 18:55:37 | SYNCB/TJX, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5762341 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 06 2026 18:55:37 | SYNCB/TJX, Attn: Bankruptcy, PO Box 965060, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-5060 |
| 5762344 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 06 2026 18:46:00 | Transworld Systems, 500 Virginia Dr, Suite 514, Fort Washington, PA 19034-2733 |
| 5762347 | | Email/Text: bknotice@upgrade.com | Jan 06 2026 18:46:00 | Upgrade Inc, 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 5762346 | | Email/Text: bknotice@upgrade.com | Jan 06 2026 18:46:00 | Upgrade Inc, Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 5764012 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 06 2026 18:55:29 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5762349 | | Email/Text: edbknotices@ecmc.org | Jan 06 2026 18:46:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5762350 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 06 2026 18:55:37 | Wells Fargo Card, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 5762351 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jan 06 2026 18:55:47 | Wells Fargo Card, PO Box 393, Minneapolis, MN 55480-0393 |
| 5762353 | | Email/Text: documentfiling@lciinc.com | Jan 06 2026 18:46:00 | Xfinity, PO Box 70219, Philadelphia, PA 19176-0219 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Nationstar Mortgage LLC, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 325 Chestnut Street Suite 725, Philadelphia, PA 19106-2607 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | |
| | on behalf of Debtor 2 Karla Pereira Borges-Nichols usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | |
| | on behalf of Debtor 1 Joseph Cornelle Nichols usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatin |

| | |
|---|---|
| | i.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mark A Cronin | on behalf of Creditor Nationstar Mortgage LLC philalaw@aol.com mccallaecf@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

| | | |
|---|---|---|
| Joseph Cornelle Nichols,<br>aka Joe Nichols, aka Joseph C Nichols, aka Joseph Nichols, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:25−bk−03393−MJC |
| Karla Pereira Borges−Nichols,<br>aka Karla Borges−Nichols, aka Karla Nichols, aka Karla Pereira Nichols, aka Karla Pereira Borges Nichols, | | |
| **Debtor 2** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**February 12, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: February 19, 2026<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 6, 2026 |

ntcnfhrg (08/21)