In re:  Case No. 25-03393-MJC
Joseph Cornelle Nichols  Chapter 13
Karla Pereira Borges-Nichols
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4
Date Rcvd: Jan 06, 2026     Form ID: pdf002     Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Cornelle Nichols, Karla Pereira Borges-Nichols, 804 Church St, Moosic, PA 18507-1608 |
| 5762308 | | American Heritage Insurance Services, PO Box 40525, Jacksonville, FL 32203-0525 |
| 5764732 | + | Berkheimer, AGent for Scranton City SD/Scranton Ci, c/o David R. Gordon, 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 5762321 | + | Daniel Nichols, Dunmore Health Care Center, 1000 Mill St, Dunmore, PA 18512-3069 |
| 5762324 | + | Fine Line Homes Inc Retirement Plan, 7300 Derry St, Harrisburg, PA 17111-5227 |
| 5764697 | + | Nationstar Mortgage LLC, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106-2607 |
| 5762332 | + | PA American Water, PO Box 37142, Pittsburgh, PA 15250-0001 |
| 5762333 | | PA Department of Revenue, Attn Bankruptcy Division, Department 280946, Harrisburg, PA 17101-0946 |
| 5762334 | | Pennsylvania Physician Service, Attn: Bankruptcy, 661 Andersen Dr Ste 110, Pittsburgh, PA 15220-2700 |
| 5762336 | + | Scranton City/HAB DLT Berkheimer, 50 N Seventh St, Bangor, PA 18013-1731 |
| 5762343 | | TBOM/Atlas/Fortiva/THD, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 5762345 | + | UGI Utilities, PO Box 15503, Wilmington, DE 19850-5503 |
| 5762348 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5762352 | | William Spencer, AVP/Manager, Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5765414 | + | Email/Text: feedback@cascadereceivables.com | Jan 06 2026 18:46:56 | CASCADE CAPITAL FUNDING, LLC, 5341 Old Redwood Hwy Suite 210, Petaluma, CA 94954-7127 |
| 5762318 | | Email/Text: FSBNK@conserve-arm.com | Jan 06 2026 18:46:00 | ConServe, 200 CrossKeys Office Park, Fairport, NY 14450 |
| 5762309 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2026 18:55:38 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5762310 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2026 18:55:29 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5762311 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 06 2026 18:55:30 | Capital One Auto Finance, Attn Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5763417 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2026 19:40:22 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5768803 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2026 18:55:38 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5762313 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2026 18:46:00 | Comenity/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 5762312 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2026 18:46:00 | Comenity/Boscovs, Attn: Bankruptcy Dept, PO |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Box 183003, Columbus, OH 43218-3003 |
| 5762314 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 06 2026 18:46:00 | | Comenity/Sephora, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5762315 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 06 2026 18:46:00 | | Comenity/Sephora, PO Box 182120, Columbus, OH 43218-2120 |
| 5762316 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 06 2026 18:46:00 | | Comenity/Victoria's Secret, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 5762317 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 06 2026 18:46:00 | | Comenity/Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 5762319 | | Email/PDF: creditonebknotifications@resurgent.com Jan 06 2026 19:40:22 | | Credit One Bank NA, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5762320 | | Email/PDF: creditonebknotifications@resurgent.com Jan 06 2026 18:55:30 | | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5762322 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com Jan 06 2026 18:55:30 | | Dept of Ed/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 5762323 | | Email/Text: Mercury@ebn.phinsolutions.com Jan 06 2026 18:46:00 | | FB&T/Mercury, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 5762325 | ^ | MEBN Jan 06 2026 18:42:52 | | Geisinger, 100 N Academy Ave, Danville, PA 17822-0001 |
| 5762326 | | Email/Text: sbse.cio.bnc.mail@irs.gov Jan 06 2026 18:46:00 | | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5764651 | | Email/PDF: resurgentbknotifications@resurgent.com Jan 06 2026 19:40:28 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5762327 | | Email/Text: bankruptcy@marinerfinance.com Jan 06 2026 18:46:00 | | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5762328 | | Email/PDF: MerrickBKNotifications@Resurgent.com Jan 06 2026 18:55:29 | | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5762330 | ^ | MEBN Jan 06 2026 18:42:44 | | NCB Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 5762329 | | Email/Text: nsm_bk_notices@mrcooper.com Jan 06 2026 18:46:00 | | Nationstar/Mr Cooper, 350 Highland St, Houston, TX 77009-6623 |
| 5762331 | | Email/Text: bankruptcy@marinerfinance.com Jan 06 2026 18:46:00 | | Officer, Managing, or General Agent, Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5762335 | ^ | MEBN Jan 06 2026 18:42:51 | | PPL, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5763456 | + | Email/Text: csc.bankruptcy@amwater.com Jan 06 2026 18:46:00 | | Pennsylvania American Water, New Jersey American Water, PO Box 2798, Camden, NJ 08101-2700 |
| 5762337 | | Email/PDF: ais.sync.ebn@aisinfo.com Jan 06 2026 18:55:46 | | SYNCB/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5762338 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 06 2026 18:55:46 | | SYNCB/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 5762340 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 06 2026 18:55:29 | | SYNCB/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5762339 | | Email/PDF: ais.sync.ebn@aisinfo.com Jan 06 2026 18:55:29 | | SYNCB/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5762342 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 06 2026 18:55:37 | | SYNCB/TJX, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5762341 | | Email/PDF: ais.sync.ebn@aisinfo.com Jan 06 2026 18:55:29 | | SYNCB/TJX, Attn: Bankruptcy, PO Box 965060, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-5060 |
| 5762344 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 06 2026 18:46:00 | Transworld Systems, 500 Virginia Dr, Suite 514, Fort Washington, PA 19034-2733 |
| 5762347 | | Email/Text: bknotice@upgrade.com | Jan 06 2026 18:46:00 | Upgrade Inc, 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 5762346 | | Email/Text: bknotice@upgrade.com | Jan 06 2026 18:46:00 | Upgrade Inc, Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 5764012 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 06 2026 18:55:29 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5762349 | | Email/Text: edbknotices@ecmc.org | Jan 06 2026 18:46:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5762350 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 06 2026 19:40:28 | Wells Fargo Card, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 5762351 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jan 06 2026 18:55:47 | Wells Fargo Card, PO Box 393, Minneapolis, MN 55480-0393 |
| 5762353 | | Email/Text: documentfiling@lciinc.com | Jan 06 2026 18:46:00 | Xfinity, PO Box 70219, Philadelphia, PA 19176-0219 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Nationstar Mortgage LLC, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 325 Chestnut Street Suite 725, Philadelphia, PA 19106-2607 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 2 Karla Pereira Borges-Nichols usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 1 Joseph Cornelle Nichols usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatin |

| | |
|---|---|
| | i.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mark A Cronin | on behalf of Creditor Nationstar Mortgage LLC philalaw@aol.com mccallaecf@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
Joseph Cornelle Nichols  
 and  
Karla Pereira Borges-Nichols

CHAPTER 13

CASE NO.

__X__ ORIGINAL PLAN  
____ AMENDED PLAN (Indicate 1ST, 2ND, 3RD, etc.)  
__1__ Number of Motions to Avoid Liens  
__0__ Number of Motions to Value Collateral

### CHAPTER 13 PLAN

#### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | [X] Included | [ ] Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | [ ] Included | [X] Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | [X] Included | [ ] Not Included |

#### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

   A. **Plan Payments From Future Income**

   1. To date, the Debtor paid ____$0.00____ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is __$14,880.00__, plus other payments and property stated in § 1B below:

   | Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
   |---|---|---|---|---|---|
   | 12/2025 | 11/2029 | $310.00 | $0.00 | $310.00 | $14,880.00 |
   | | | | | Total Payments: | $14,880.00 |

   2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE:  X  Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is  $3,508.00 . (Liquidation value is calculated as the value of all non- exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

___ No assets will be liquidated. *If this line is checked, skip § 1.B.2 and complete § 1.B.3 if applicable.*

___ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $ _____ from the sale of property known and designated as _____ _____ All sales shall be completed by _____, 20___. If the property does not sell by the date specified, then the disposition of the property shall be as follows:  _____ .

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** Check one.

 X  None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

 X  None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

C. **Arrears, including, but not limited to, claims secured by Debtor's principal residence**. *Check one.*

___ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

 X  The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Nationstar/Mr. Cooper | 804 Church St, Moosic, PA | 1693.9 | 1693.9 (Dec. 2025) | 3387.8 |
| Capital One Auto Finance | 2024 Mitsubishi Outlander | 542.78 | 542.78 (Dec. 2025) | 1085.56 |

    D.   **Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)**

      X   None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

    E.   **Secured claims for which a § 506 valuation is applicable.** *Check one.*

      X   None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

    F.   **Surrender of Collateral.** *Check one.*

      X   None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

    G.   **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

      ___   None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

      X   The Debtor moves to avoid the following judicial and/or nonpossessory, nonpurchase money liens of the following creditors pursuant to § 522(f) (this § should not be used for statutory or consensual liens such as mortgages).

| Name of Lien Holder | Mariner Finance | | |
|---|---|---|---|
| Lien Description For judicial lien, include court and docket number. | non-PMSI in household goods | | |
| Description of the liened property. | Electronics | | |
| Liened Asset Value | $700.00 | | |
| Sum of Senior Liens | $0.00 | | |
| Exemption Claimed | $700.00 | | |
| Amount of Lien | $3,768.00 | | |
| Amount Avoided | $3,768.00 | | |

3.   **PRIORITY CLAIMS.**

    A.   **Administrative Claims**

      1.   **Trustee's Fees.** Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

      2.   **Attorney's fees.** Complete only one of the following options:

          a.   In addition to the retainer of _____ already paid by the Debtor, the amount of _____ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

b. $ __415.00__ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

3. <u>Other.</u> Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
    *Check one of the following two lines.*

    __X__ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

B. **<u>Priority Claims (including certain Domestic Support Obligations)</u>**

Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Internal Revenue Service (x6) | $3,538.98 |
| Scranton City/HAB-DLT Berkheimer | $0.00 |
| PA Department of Revenue | $0.00 |

C. **<u>Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).</u>** *Check one of the following two lines.*

__X__ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

    A. **<u>Claims of Unsecured Nonpriority Creditors Specially Classified.</u>** *Check one of the following two lines.*

    __X__ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

    B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

    __X__ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

    **Property of the estate will vest in the Debtor upon**

    *Check the applicable line:* **See § 9.**

    __plan confirmation.
    __entry of discharge.
    __closing of case.

7. **DISCHARGE: (Check one)**

    ( x ) The debtor will seek a discharge pursuant to § 1328(a).

    ( ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

   If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

   Payments from the plan will be made by the Trustee in the following order:
   Level 1: Pre-Confirmation Distributions listed in ¶ 2.A
   Level 2: Debtor's Attorney's Fees in ¶ 3.A.(2)
   Level 3: Domestic Support Obligations
   Level 4: Amounts listed in ¶ 2.E, pro rata
   Level 5: Amounts listed in ¶ 2.C, pro rata. If a claim is filed the allowed amount of the arrearage shall be paid.
   Level 6: Amounts listed in ¶ 2.D, pro rata
   Level 7: Amounts listed in ¶ 4.A, pro rata
   Level 8: Priority amounts of non-Level 3 allowed claims listed in ¶ 3.B, pro rata
   Level 9: General unsecured claims

   *If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

9. **NONSTANDARD PLAN PROVISIONS**

   **Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

   **Vesting of Property.** Property of the estate vests in the debtor on confirmation, except for: (i) assets listed in Part 1 of Schedule A/B, which vest when the case closes and (ii) any asset that Debtor acquires post-confirmation and discloses on Schedule A/B, which vests upon discharge.

   Dated: November 26, 2025

   _____
   Attorney for Debtor

   _____
   Debtor

   _____
   Joint Debtor

   By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.