| | | |
|---|---|---|
| 1:22-bk-01851-HWV | Stephannie D. Stair | 13 |
| 1:23-bk-01344-HWV | Michael J. McGee | 13 |
| 1:23-bk-01660-HWV | LindaLee Marie Bakie | 13 |
| 1:23-bk-02024-HWV | Neal Douglas Weatherly and Christine Lynn Zeigler | 13 |
| 1:23-bk-02917-HWV | Arthur James Heller, Jr and Valencia Sue Heller | 13 |
| 1:24-bk-01232-HWV | Karen Maxine Keala Brown | 13 |
| 1:24-bk-01438-HWV | Timothy John O'Donnell | 13 |
| 1:24-bk-01783-HWV | Justin M. Harper | 13 |
| 1:24-bk-02084-HWV | Thomas A. Tompkins and Stacy Lee Tompkins | 13 |
| 1:24-bk-02192-HWV | Jarex N Zinn | 13 |
| 1:25-bk-00075-HWV | Anthony Hiram Martinez | 13 |
| 1:25-bk-00175-HWV | Michael D. McKim | 13 |
| 1:25-bk-00193-HWV | Julie A Miller | 13 |
| 1:25-bk-00298-HWV | Timika D. Wright | 13 |
| 1:25-bk-00555-HWV | Melinda Gaspari | 13 |
| 1:25-bk-00604-HWV | Marlo Janine McCray | 13 |
| 1:25-bk-00929-HWV | Cathy L. Weyant | 13 |
| 1:25-bk-01092-HWV | Janina Maria Bullock | 13 |
| 1:25-bk-01391-HWV | Henry DeJesus Rodriguez | 13 |
| 1:25-bk-01614-HWV | Dean L. Leverett | 13 |
| 1:25-bk-01682-HWV | Gregg Joseph Reiker | 13 |
| 1:25-bk-01882-HWV | Daniel Lyn Ober | 13 |
| 1:25-bk-02013-HWV | Priscilla Renee Gregory | 13 |
| 1:25-bk-02108-HWV | Leah Maureen Hohn | 13 |
| 1:25-bk-02176-HWV | Charles Michael Loehmer | 13 |
| 1:25-bk-02235-HWV | Harry E. McElwee and Diane P. McElwee | 13 |
| 1:25-bk-02242-MJC | Raymond D Morales and Joanna M Morales | 13 |
| 1:25-bk-02400-HWV | Leslie Caron Demmy | 13 |
| 1:25-bk-02521-HWV | Shawn Christian Sidey | 13 |
| 1:25-bk-02530-HWV | Angie L. Calaman | 13 |
| 1:25-bk-02548-HWV | James Eugene Dunkleberger | 13 |
| 1:25-bk-02686-HWV | Tyler D Horn and Anya G Horn | 13 |
| 1:25-bk-02736-HWV | David Wayne Corbitt and Luz Ivonne Marie Corbitt | 13 |
| 1:25-bk-02827-HWV | Gregory Clarence Blymire, Jr. | 13 |
| 1:25-bk-02852-HWV | Myra Davis and Lamont Rahjohn Davis | 13 |
| 1:25-bk-02957-HWV | Joseph D. Sachs | 13 |
| 1:25-bk-02958-HWV | Benjamin Williams and Jaclyn Nicole Williams | 13 |
| 1:25-bk-03060-HWV | Lisa Kay Golden | 13 |
| 1:25-bk-03224-HWV | David L. Kressler and Michelle A. Kressler | 13 |
| 1:25-bk-03225-HWV | Terry Lee Zellers and Audrey Kay Zellers | 13 |
| 1:25-bk-03237-HWV | Angel Luis Ayala Garcia | 13 |
| 1:25-bk-03366-HWV | J&R Vacuum, LLC | 11 |
| 1:25-bk-03439-HWV | Paul Snyder, Jr. | 13 |
| 1:26-ap-00038-HWV | Henry v. Nationstar et al | *AP* |

| | | |
|---|---|---|
| 1:26-bk-00081-HWV | Linda K. Hopple | 13 |
| 1:26-bk-00211-HWV | David M. Dyer | 13 |
| 1:26-bk-00271-HWV | Rhonda Kay Rhodes-Fazenbaker | 13 |
| 1:26-bk-00394-HWV | Kenneth Lee Stine | 13 |
| 1:26-bk-00429-HWV | James A. Beck | 13 |
| 1:26-bk-00445-HWV | Michael V Almstrom | 13 |
| 1:26-bk-00458-HWV | David Charles Schell and Dawn Michelle Schell | 13 |
| 1:26-bk-00474-HWV | Harrisburg Dairies, Inc. | 11 |
| 1:26-bk-00481-HWV | Daniel L Fields and Cynthia C Fields | 13 |
| 1:26-bk-00946-HWV | Andrea Melicia Marquette | 13 |
| 1:26-bk-01276-HWV | Andrey Vladimirovich Kolesnichenko | 13 |
| 1:26-bk-01387-HWV | Blair A Lauver and Jennifer E Minium | 13 |
| 1:26-bk-01389-HWV | Reid Dewey Selby and Cynthia Lynn Selby | 13 |
| 1:26-bk-01504-HWV | Anna L Young and Luke W Young | 13 |
| 1:26-bk-01528-HWV | Yonita I Koroma | 13 |
| 1:26-bk-01536-HWV | Rebecca M. Schmehl | 13 |
| 1:26-bk-01567-HWV | Zachary Thomas Wilson | 13 |
| 1:26-bk-01570-HWV | Ronald E Blaney | 13 |
| 1:26-bk-01817-HWV | Donald Dunbar Christopher, Jr. and Leslie Ann Christopher | 13 |
| 1:26-bk-01851-HWV | Debra Ann Bender and Brian Luke Bender | 13 |
| 4:24-bk-00308-MJC | Ronald Castrence Leynes and Kimberly Nawrocki Leynes | 13 |
| 4:24-bk-02307-MJC | Shannon K. Langton | 13 |
| 4:24-bk-03059-MJC | Patricia M Redd | 13 |
| 4:25-bk-00535-MJC | Neal Edward Smith | 13 |
| 4:25-bk-03228-MJC | James Michael Laidacker | 13 |
| 4:26-bk-00006-MJC | Jody Alan Vanderhoof and Crystal Ann Vanderhoof | 13 |
| 4:26-bk-00305-MJC | Brock B. Ayers | 13 |
| 4:26-bk-00603-MJC | David S Whitteker | 13 |
| 4:26-bk-01148-MJC | Joseph A Drost and Maryann Drost | 13 |
| 5:19-bk-03869-MJC | Joseph S Petros | 13 |
| 5:22-bk-02141-MJC | Lemuel Turton | 13 |
| 5:23-bk-01847-MJC | Randier Elias Grullon | 13 |
| 5:23-bk-02254-MJC | Ariel Nunez and Jansell M. Nunez | 13 |
| 5:24-bk-00602-MJC | Tamie Kaye Beach | 13 |
| 5:24-bk-00789-MJC | Julia A. Marinez | 13 |
| 5:24-bk-03315-MJC | Randy W John | 13 |
| 5:25-bk-00085-MJC | Giana Maria Rosengrant | 13 |
| 5:25-bk-00430-MJC | Donna N. DeConzo | 13 |
| 5:25-bk-00450-MJC | Daniel Santiago, Jr | 13 |
| 5:25-bk-00999-MJC | Alexandra A Castillo | 13 |
| 5:25-bk-01316-MJC | Matthew J. Higgins | 13 |
| 5:25-bk-01321-MJC | Jasper Lee McEachern | 13 |
| 5:25-bk-01436-MJC | Jeanette Patrice Harper | 13 |
| 5:25-bk-01615-MJC | Patricia Ann Schmidt | 13 |

| | | |
|---|---|---|
| 5:25-bk-01929-MJC | Kathleen Carmen Abela | 13 |
| 5:25-bk-01995-MJC | Laura Beth Estler and Robert Travis Estler, III | 13 |
| 5:25-bk-02239-MJC | Christopher T Barnes | 13 |
| 5:25-bk-02305-MJC | Jennifer L. Moore | 13 |
| 5:25-bk-02403-MJC | Jayren Ednell Cerda Amparo | 13 |
| 5:25-bk-02539-MJC | Sheron V McDougall | 13 |
| 5:25-bk-02571-MJC | Paula Marie Wilson | 13 |
| 5:25-bk-02642-MJC | Joseph Brendan O'Connor | 13 |
| 5:25-bk-02999-MJC | Walter V. Mankiewicz | 13 |
| 5:25-bk-03020-MJC | Fortuna Espaillat Gonzales | 13 |
| 5:25-bk-03152-MJC | Constantino Alexander Castillo | 13 |
| 5:25-bk-03259-MJC | Dexroy F. Millings | 13 |
| 5:25-bk-03311-MJC | Lawrence Ambrose | 13 |
| 5:25-bk-03393-MJC | Joseph Cornelle Nichols and Karla Pereira Borges-Nichols | 13 |
| 5:25-bk-03468-MJC | Lisa Ann James | 13 |
| 5:25-bk-03617-MJC | John A Gibaldi | 13 |
| 5:26-bk-00083-MJC | Lourdes Angela Rodriguez | 13 |
| 5:26-bk-00266-MJC | Katie A. Rauscher | 13 |
| 5:26-bk-00280-MJC | Joshua Mark Titman and Hope Marie Titman | 13 |
| 5:26-bk-00358-MJC | John Barile | 13 |
| 5:26-bk-00364-MJC | Paulene Veronica Maddison | 13 |
| 5:26-bk-00391-MJC | John Barnes | 13 |
| 5:26-bk-00406-MJC | Gary R. Younkers and Koidu Younkers | 13 |
| 5:26-bk-00466-MJC | Josephine Y Semenza | 13 |
| 5:26-bk-00470-MJC | Donna Marie Fentzlaff | 13 |
| 5:26-bk-00475-MJC | Luis Sanchez | 13 |
| 5:26-bk-00499-MJC | Holly Lynn McNulty | 13 |
| 5:26-bk-00530-MJC | Robbie Stevenson | 13 |
| 5:26-bk-00744-MJC | Justin Palladino | 13 |
| 5:26-bk-01281-MJC | Tiffany Hayward | 13 |
| 5:26-bk-01294-MJC | Patrick Edward Jurish | 13 |
| 5:26-bk-01347-MJC | Lila Ann Dunning | 13 |
| 5:26-bk-01527-MJC | Matthew R Calderone and Tristen M Calderone | 13 |
| 5:26-bk-01842-MJC | Beverly Diane Sweeney | 13 |

| |
|---|
| 9/27/2022 |
| 6/16/2023 |
| 7/21/2023 |
| 9/7/2023 |
| 12/29/2023 |
| 5/16/2024 |
| 6/7/2024 |
| 7/22/2024 |
| 8/23/2024 |
| 9/3/2024 |
| 1/13/2025 |
| 1/23/2025 |
| 1/26/2025 |
| 2/1/2025 |
| 3/3/2025 |
| 3/7/2025 |
| 4/4/2025 |
| 4/21/2025 |
| 5/19/2025 |
| 6/5/2025 |
| 6/13/2025 |
| 7/7/2025 |
| 7/21/2025 |
| 7/29/2025 |
| 8/2/2025 |
| 8/11/2025 |
| 8/12/2025 |
| 8/28/2025 |
| 9/5/2025 |
| 9/8/2025 |
| 9/10/2025 |
| 9/22/2025 |
| 9/25/2025 |
| 10/2/2025 |
| 10/3/2025 |
| 10/15/2025 |
| 10/15/2025 |
| 10/28/2025 |
| 11/10/2025 |
| 11/10/2025 |
| 11/11/2025 |
| 11/24/2025 |
| 12/1/2025 |
| 4/10/2026 |

| |
|---|
| 1/13/2026 |
| 1/26/2026 |
| 1/30/2026 |
| 2/11/2026 |
| 2/16/2026 |
| 2/18/2026 |
| 2/19/2026 |
| 2/20/2026 |
| 2/23/2026 |
| 4/8/2026 |
| 5/4/2026 |
| 5/15/2026 |
| 5/15/2026 |
| 5/27/2026 |
| 5/29/2026 |
| 5/29/2026 |
| 6/1/2026 |
| 6/1/2026 |
| 6/26/2026 |
| 6/30/2026 |
| 2/8/2024 |
| 9/13/2024 |
| 11/26/2024 |
| 2/28/2025 |
| 11/11/2025 |
| 1/2/2026 |
| 1/31/2026 |
| 3/6/2026 |
| 4/25/2026 |
| 9/11/2019 |
| 11/3/2022 |
| 8/15/2023 |
| 9/29/2023 |
| 3/13/2024 |
| 4/3/2024 |
| 12/23/2024 |
| 1/14/2025 |
| 2/18/2025 |
| 2/21/2025 |
| 4/10/2025 |
| 5/13/2025 |
| 5/13/2025 |
| 5/22/2025 |
| 6/5/2025 |

| |
|---|
| 7/11/2025 |
| 7/18/2025 |
| 8/12/2025 |
| 8/19/2025 |
| 8/28/2025 |
| 9/9/2025 |
| 9/12/2025 |
| 9/17/2025 |
| 10/20/2025 |
| 10/22/2025 |
| 11/1/2025 |
| 11/13/2025 |
| 11/19/2025 |
| 11/26/2025 |
| 12/3/2025 |
| 12/19/2025 |
| 1/13/2026 |
| 1/30/2026 |
| 1/30/2026 |
| 2/6/2026 |
| 2/6/2026 |
| 2/11/2026 |
| 2/12/2026 |
| 2/20/2026 |
| 2/20/2026 |
| 2/21/2026 |
| 2/24/2026 |
| 2/26/2026 |
| 3/20/2026 |
| 5/5/2026 |
| 5/6/2026 |
| 5/11/2026 |
| 5/29/2026 |
| 6/29/2026 |