Exhibit B

Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

**Joseph and Karla Nichols**
**804 Church St.**
**Moosic, PA 18507**

**Rate Summary**

| Professional | | | Gross | Discount | | Net |
|---|---|---|---|---|---|---|
| Carlo Sabatini | 5.6 hours at $415.00/hour. | | $2,324.00 | 0.00 | 0.00 | 2,324.00 |
| Kristin Sabatini | 0.7 hours at $375.00/hour. | | $262.50 | 0.40 | -150.00 | 112.50 |
| Ashley Werner | 9.3 hours at $150.00/hour. | | $1,395.00 | 0.40 | -60.00 | 1,335.00 |
| Tiffany Bator | 29.3 hours at $150.00/hour. | | $3,961.50 | 0.20 | -30.00 | 3,931.50 |
| | | | | 1.00 | -240.00 | 7,703.00 |

**Itemized Listing of Services**

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 10/23/2025 | Initial Consultation for bankruptcy | KS | 375 | 0.50 | 187.50 | -150.00 |
| 11/10/2025 | Discuss bankruptcy filing timeline with clients. | KS | 375 | 0.20 | 75.00 | 0.00 |
| 11/17/2025 | Prepare schedules. See attached itemization. | TLB | 135 | 0.80 | 108.00 | 0.00 |
| 11/18/2025 | Prepare schedules. See attached itemization. | TLB | 135 | 3.20 | 432.00 | 0.00 |
| 11/19/2025 | Prepare schedules. See attached itemization. | TLB | 135 | 3.30 | 445.50 | 0.00 |
| 11/20/2025 | Prepare schedules. See attached itemization. | TLB | 135 | 0.30 | 40.50 | 0.00 |
| 11/22/2025 | Prepare schedules. See attached itemization. | TLB | 135 | 6.00 | 810.00 | 0.00 |
| 11/23/2025 | Prepare schedules. See attached itemization. | TLB | 135 | 5.50 | 742.50 | 0.00 |
| 11/24/2025 | Call with David Harris regarding taxes and sheriff's sale. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 11/24/2025 | Receive and review email regarding hearing. Email to TLB so she can add the lawsuit to schedules. Task for continuance if bankruptcy case is not filed. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 11/24/2025 | Prepare schedules. See attached itemization. | TLB | 135 | 2.80 | 378.00 | 0.00 |
| 11/24/2025 | Receive and review email from TLB with questions. Answer the same. Do plan attachment. | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 11/25/2025 | Receive and review instructions for schedules from CS. Revise schedules accordingly. | TLB | 135 | 1.60 | 216.00 | 0.00 |
| 11/25/2025 | Conference with clients for signing and filing their bankruptcy case. Discuss tax situation, financial obligations, and budgeting. Discuss deed/mortgage situation. | CS | 415 | 2.20 | 913.00 | 0.00 |
| 11/25/2025 | Conference with CS and clients to review petition, schedules, and clients' questions. | TLB | 135 | 2.20 | 297.00 | 0.00 |
| 11/26/2025 | Make final updates to schedules with information from client and prepare documents for signing. | TLB | 135 | 2.20 | 297.00 | 0.00 |
| 11/26/2025 | File case and do related tasks. | TLB | 135 | 1.00 | 135.00 | 0.00 |
| 12/01/2025 | Receive and review email from TLB regarding adequate assurance email to UGI. Review file. Review history of UGI adequate insurance emails. Draft email to UGI. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 12/01/2025 | Receive billpay documents for secured debts from client. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 12/05/2025 | Receive and review BNC cert of notice for bypassed recipients that require service. There are none. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 12/05/2025 | Review and analyze claims 1, 2, 3, 4, and 5 filed on the docket. Email analysis of claim 2 to CS. Email analysis of claim 3 to CS. | ASW | 150 | 0.50 | 75.00 | 0.00 |
| 12/05/2025 | Receive and review notice of meeting of creditors. Calendar the same. Email to client. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 12/08/2025 | Receive and review email from CS regarding reviewing claims after CBD. Task set for the same. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 12/10/2025 | Receive and review letter from Mr. Cooper. Draft message for TLB to send to clients. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 12/11/2025 | Email to Lindinger at IRS regarding tax claim. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 12/12/2025 | Receive and review letter received from mortgage company regarding mortgage assistance options. Instruct TLB to send the same to cl. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 12/15/2025 | Check docket to confirm collections lawsuit was discontinued because of bankruptcy filing. | ASW | 150 | 0.10 | 15.00 | -10.00 |
| 12/15/2025 | Receive, review, and respond to email from TLB with questions from client regarding letters received from the mortgage company. | CS | 415 | 0.20 | 83.00 | 0.00 |
| 12/17/2025 | Analyze claims 6 and 7. Email analysis of claim 7 to CS. | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 12/18/2025 | Review IRS claim. Draft email to cl regarding the same. | CS | 415 | 0.20 | 83.00 | 0.00 |

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 12/22/2025 | Review claims for unexpected amounts or classifications and corresponding impact on plan. Confirm that all necessary claims have either been filed or that a task has been set to ensure filing. Set task if any claim needs future attention (e.g., objections/lien avoidance.) Draft summary memo to atty. | ASW | 150 | 0.80 | 120.00 | 0.00 |
| 12/23/2025 | Draft letter to officer at Mariner headquarters enclosing plan as it contains lien avoidance motion. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 01/02/2026 | Review answer to question re payments to confirm they have all been made on time and no post-petition arrears need to be added into plan. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 01/05/2026 | Meeting with cl in preparation for 341 meeting. | CS | 415 | 0.50 | 207.50 | 0.00 |
| 01/05/2026 | Attend 341 meeting. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 01/08/2026 | Analyze claim 8. Email analysis to CS. Email to cl with new payment address. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 01/08/2026 | Review report from paralegal regarding claims and case status. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 01/08/2026 | Review paralegal's analysis of vehicle loan claim filed on the docket. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 01/13/2026 | Receive and review notice of confirmation hearing. Calendar the same. Review file to confirm that we have all required tax returns. Draft pre-confirmation certification. Send to cl to sign. Task to get the certificates back and file the same. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 01/13/2026 | Review bill. Draft Request for Payment | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 01/19/2026 | File Pre-Confirmation Certification of Compliance with Post-Petition Obligations forms with the court. | TLB | 150 | 0.10 | 15.00 | 0.00 |
| 01/21/2026 | Review and analyze claims 9, 10, 11, 12, 13, and 14, 15, and 16. | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 01/27/2026 | Analyze claim 17 filed on the docket. Email new payment address to cl. Email analysis to CS. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 01/28/2026 | Analyze claims 18, 19, 20, 21, 22, 23, and 24. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 02/03/2026 | Review paralegal's analysis of claim 17. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 02/03/2026 | Analyze claims 25, 26, 27 and 28. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 02/05/2026 | Receive and review email from cl regarding payment address and mortgage payments. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 02/05/2026 | Receive and review email from Joe regarding mortgage company creditor name. Email to him regarding the same. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 02/09/2026 | Prepare amended plan, cos, and notice. | ASW | 150 | 0.40 | 60.00 | 0.00 |
| 02/09/2026 | Review two questions from cl re mortgage payments and answer the same. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 02/09/2026 | Review claims filed in anticipation of amending plan and determind what modifications are needed. Email to Berkheimer. | CS | 415 | 0.40 | 166.00 | 0.00 |
| 02/09/2026 | Receive, review, and respond to email from Berkheimer regarding amending claim. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 02/09/2026 | Review file regarding amended plan and tell ASW what changes to make re taxes. | CS | 415 | 0.30 | 124.50 | 0.00 |
| 02/10/2026 | Analyze claim 29 filed on the docket. Email analysis to CS. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 02/10/2026 | Review paralegal's analysis of claim filed by Mariner. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 02/10/2026 | Call with cl regarding car payments. He said he made the two payments and will send me proof. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 02/11/2026 | Receive and review car payment proof emails from cl. Email to CS. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 02/11/2026 | Receive and reivew email from cl regarding proof. Call from cl. I explained CS said what he sent works so I am going to get this over to the other side. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 02/11/2026 | .PDF and redact proof pf payments. Email to Orlans regarding payments on vehicle and providing the proof of the same. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 02/11/2026 | Review doc from mort specialist. Instruct ER to send this to cl. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 02/12/2026 | Draft email for CS to send cl regarding PA Dep of Revenue claim. Call to cl. Discuss amended plan and mortgage letter that Erika sent. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 02/16/2026 | Update amended plan mailing date/COS/notice. Send to mail email for mailing. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 03/02/2026 | Calendar confirmation hearing. Task to review file ahead of hearing to confirm no barriers to plan confirmation. Letter to Mariner with amended plan. | ASW | 150 | 0.30 | 45.00 | 0.00 |
| 03/24/2026 | Review Request for Payment. Approve for filing. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 03/24/2026 | File Chapter 13 Request for Payment with the court. | TLB | 150 | 0.10 | 15.00 | 0.00 |

| Date | Description | Initials | Rate | Time | Amount | Disc. |
|---|---|---|---|---|---|---|
| 03/30/2026 | Review file to confirm no barrier to confirmation. There is none. Email to Fitzgerald. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 04/09/2026 | Prepare envelopes for mailing of order confirming plan. Prepare COS for filing. Send to mail email for outgoing. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 04/09/2026 | File Certificate of Service of Order Confirming Plan. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 05/21/2026 | Receive and review email from client regarding one of his creditors filing for bankruptcy and asking how that will impact him or his case. Email to CS. | TLB | 150 | 0.10 | 15.00 | -15.00 |
| 05/21/2026 | Review and reply to client's question regarding creditor's bankruptcy. | CS | 415 | 0.10 | 41.50 | 0.00 |
| 05/21/2026 | Message to client with CS's answer to client's question. | TLB | 150 | 0.10 | 15.00 | -15.00 |
| 05/28/2026 | Analyze claim 30. Send analysis to CS. Email to cl with payment address. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 06/11/2026 | Review letter from mort company. Instruct ER to forward to clients. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 11/13/2026 | Prepare fee application | ASW | 150 | 1.00 | 150.00 | 0.00 |
| 11/18/2026 | [Est.] Review email from client approving fee application. File the same. | ASW | 150 | 0.20 | 30.00 | 0.00 |
| 11/18/2026 | [Est.] Review order regarding fee application. Review trustee's website to confirm distribution is properly scheduled. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 11/18/2026 | [Est.] Review file approximately six months before expected ending of case to verify that all action required has been completed. | ASW | 150 | 0.50 | 75.00 | 0.00 |
| 11/18/2026 | [Est.] Review paralegal's analysis of actions still needed for case to close as expected | CS | 415 | 0.20 | 83.00 | 0.00 |
| 11/18/2026 | [Est.] Receive and review correspondence from Trustee's office indicating that client has completed plan payments. Draft letter to client regarding Certification in Support of Discharge. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 11/18/2026 | [Est.] Draft letter to employer to cancel wage garnishment | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 11/18/2026 | [Est.] Receive and review executed Certification in Support of Discharge. File same electronically. | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 11/18/2026 | [Est.] Review response to Trustee's Notice of Disbursements Made and send to client to verify accuracy of the same | ASW | 150 | 0.10 | 15.00 | 0.00 |
| 11/18/2026 | [Est.] Review final decree. Close file. | ASW | 150 | 0.10 | 15.00 | -15.00 |
| 11/18/2026 | [Est.] Email to client regarding case closing and final recommendations. | CS | 415 | 0.10 | 41.50 | 0.00 |
| | *Sub-total Fees:* | | | | **7,943.00** | -240.00 |
| | *Net Fees After Discount:* | | | | **7,703.00** | |

**Expenses**

| Date | Description | Price | Units | Amount | Discount |
|---|---|---|---|---|---|
| 11/26/2025 | Filing Fee | 313.00 | 1.00 | 313.00 | 0.00 |
| 02/17/2026 | Postage and cost of mailing notice of amended plan and amended plan to creditors | 86.10 | 1.00 | 86.10 | 0.00 |
| 04/09/2026 | Postage and cost of mailing order confirming plan to creditors. | 57.66 | 1.00 | 57.66 | 0.00 |
| 11/20/2026 | Postage and cost of mailing notice of fee application to creditors | 57.23 | 1.00 | 57.23 | 0.00 |
| | | | | ====== | |
| | | | *Total:* | **513.99** | |

**Total**

Net Fees After Discount: 7,703.00
Net Expenses After Discount: 513.99
======
8,216.99

Total post-discounted value of entries containing "email": 930.00
As a percentage of the total fees: 0.121