IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JOSEPH CORNELLE NICHOLS; AKA JOE NICHOLS; AKA JOSEPH C NICHOLS; AKA JOSEPH NICHOLS,<br><br>KARLA PEREIRA BORGES-NICHOLS; AKA KARLA BORGESNICHOLS; AKA KARLA NICHOLS; AKA KARLA PEREIRA BORGES NICHOLS; KARLA PEREIRA NICHOLS,<br><br>Debtors | CHAPTER 13<br><br>CASE NO. 5:25-bk-03393-MJC |

**NOTICE**

Today the Debtors filed *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses*. The application requests the total sum of $6,013.99.

If you object to the relief requested, you must file your objection/response on or before 21 days from the date of this notice with the Clerk of the United States Bankruptcy Court, U.S. Courthouse, 197 S. Main St., Wilkes-Barre, PA 18701.

If you file and serve an objection/response within the time permitted, a hearing will be held on December 17, 2026 at 10:00 AM at U.S. Courthouse, 197 S. Main St., Wilkes-Barre, PA 18701. If you do not file an objection/response within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: November 20, 2026

/s/ Carlo Sabatini
Carlo Sabatini, Attorney for Debtors
Bar Number PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com