IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JOSEPH CORNELLE NICHOLS; AKA JOE NICHOLS; AKA JOSEPH C NICHOLS; AKA JOSEPH NICHOLS,<br><br>KARLA PEREIRA BORGES-NICHOLS; AKA KARLA BORGESNICHOLS; AKA KARLA NICHOLS; AKA KARLA PEREIRA BORGES NICHOLS; KARLA PEREIRA NICHOLS,<br><br>Debtors | CHAPTER 13<br><br>CASE NO. 5:25-bk-03393-MJC |

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | **NOTICE OF APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class Postage Prepaid |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: November 20, 2026

s/Ashley Weisenfluh
Ashley Weisenfluh, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769

| |
|---|
| Capital One Auto Finance<br>4515 N. Santa Fe Ave., Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Nationstar Mortgage, LLC<br>c/o McCalla Raymer Leibert Pierce, LLP<br>Bankruptcy Department<br>325 Chestnut Street, Suite 725<br>Philadelphia, PA 19106-2607 |
| American Heritage Insurance Services<br>P.O. Box 40525<br>Jacksonville, FL 32203-0525 |
| Berkheimer<br>c/o David R. Gordon<br>1883 Jory Road<br>Pen Argyl, PA 18072-9652 |
| CASCADE CAPITAL FUNDING, LLC<br>5341 Old Redwood Hwy., Suite 210<br>Petaluma, CA 94954-7127 |
| Capital One<br>Attn: Bankruptcy Department<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>P.O. Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One Auto Finance<br>Attn: Bankruptcy Department<br>7933 Preston Rd.<br>Plano, TX 75024-2302 |
| Capital One Auto Finance<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave., Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Comenity/Boscovs<br>Attn: Bankruptcy Department<br>P.O. Box 183003<br>Columbus, OH 43218-3003 |
| Comenity/Boscovs<br>P.O. Box 182120<br>Columbus, OH 43218-2120 |
| Comenity/Sephora<br>Attn: Bankruptcy Department<br>P.O. Box 182125<br>Columbus, OH 43218-2125 |
| Comenity/Sephora<br>P.O. Box 182120<br>Columbus, OH 43218-2120 |

| |
|---|
| Comenity/Victoria's Secret<br>Attn: Bankruptcy Department<br>P.O. Box 182273<br>Columbus, OH 43218-2273 |
| Comenity/Victoria's Secret<br>P.O. Box 182789<br>Columbus, OH 43218-2789 |
| CONTINENTAL SERVICE GROUP, LLC<br>P.O. BOX 9<br>FAIRPORT, NY 14450-0009 |
| Credit One Bank, N.A.<br>Attn: Bankruptcy Department<br>6801 S Cimarron Rd.<br>Las Vegas, NV 89113-2273 |
| Credit One Bank, N.A.<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 |
| Daniel Nichols<br>Dunmore Health Care Center<br>1000 Mill St.<br>Dunmore, PA 18512-3069 |
| Dept of Ed/Aidvantage<br>P.O. Box 300001<br>Greenville, TX 75403-3001 |
| FB&T/Mercury<br>Attn: Bankruptcy Department<br>P.O. Box 84064<br>Columbus, GA 31908-4064 |
| Fine Line Homes, Inc.<br>7300 Derry St.<br>Harrisburg, PA 17111-5227 |
| Geisinger<br>100 N Academy Ave.<br>Danville, PA 17822-0001 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JEFFERSON CAPITAL SYSTEMS, LLC<br>P.O. BOX 7999<br>SAINT CLOUD, MN 56302-7999 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| MARINER FINANCE, LLC<br>8110 CORPORATE DRIVE<br>NOTTINGHAM, MD 21236-5034 |

| |
|---|
| MERRICK BANK<br>Resurgent Capital Services<br>P.O. Box 10368<br>Greenville, SC 29603-0368 |
| Mariner Finance<br>Attn: Bankruptcy Department<br>8211 Town Center Dr.<br>Nottingham, MD 21236-5904 |
| Merrick Bank Corp.<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 |
| NCB Management Services, Inc.<br>P.O. Box 1099<br>Langhorne, PA 19047-6099 |
| NATIONSTAR MORTGAGE, LLC<br>P.O. BOX 619096<br>DALLAS, TX 75261-9096 |
| Nationstar Mortgage, LLC<br>c/o McCalla Raymer Leibert Pierce, LLP<br>Attn: Bankruptcy Department<br>325 Chestnut Street, Suite 725<br>Philadelphia, PA 19106-2607 |
| Nationstar/Mr Cooper<br>350 Highland St.<br>Houston, TX 77009-6623 |
| Officer, Managing, or General Agent<br>Mariner Finance<br>8211 Town Center Dr.<br>Nottingham, MD 21236-5904 |
| PA American Water<br>P.O. Box 37142<br>Pittsburgh, PA 15250-0001 |
| PA Department of Revenue<br>Attn: Bankruptcy Division<br>Department 280946<br>Harrisburg, PA 17101-0946 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P.O. BOX 41067<br>NORFOLK, VA 23541-1067 |
| PPL<br>827 Hausman Rd.<br>Allentown, PA 18104-9392 |
| Pennsylvania American Water<br>New Jersey American Water<br>P.O. Box 2798<br>Camden, NJ 08101-2700 |

| |
|---|
| Pennsylvania Physician Service<br>Attn: Bankruptcy Department<br>661 Andersen Dr., Ste. 110<br>Pittsburgh, PA 15220-2700 |
| Quantum3 Group, LLC<br>Comenity Bank<br>P.O. Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group, LLC<br>Comenity Capital Bank<br>P.O. Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group, LLC<br>Mercury Financial/First Bank & Trust<br>P.O. Box 788<br>Kirkland, WA  98083-0788 |
| REGIONAL HOSPITAL OF SCRANTON<br>P.O. Box 1123<br>Minneapolis, MN 55440-1123 |
| SYNCB/Care Credit<br>Attn: Bankruptcy Department<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| SYNCB/Care Credit<br>P.O. Box 71757<br>Philadelphia, PA 19176-1757 |
| SYNCB/Sams Club<br>Attn: Bankruptcy Department<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| SYNCB/Sams Club<br>P.O. Box 71727<br>Philadelphia, PA 19176-1727 |
| SYNCB/TJX<br>Attn: Bankruptcy Department<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| SYNCB/TJX<br>P.O. Box 71737<br>Philadelphia, PA 19176-1737 |
| Scranton City/HAB DLT Berkheimer<br>50 N Seventh St.<br>Bangor, PA 18013-1731 |
| TBOM/Atlas/Fortiva/THD<br>Attn: Bankruptcy Department<br>P.O. Box 105555<br>Atlanta, GA 30348-5555 |

| |
|---|
| Transworld Systems<br>500 Virginia Dr., Suite 514<br>Fort Washington, PA 19034-2733 |
| US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT<br>ATTN: OFFICE OF REGIONAL COUNSEL<br>801 MARKET STREET, 12TH FLOOR<br>PHILADELPHIA, PA 19107-3126 |
| UGI Utilities<br>P.O. Box 15503<br>Wilmington, DE 19850-5503 |
| US Attorney for the PA Middle District<br>William J. Nealon Federal Building<br>235 N Washington Ave., Ste. 311<br>Scranton, PA 18503-1533 |
| US Department of Education<br>400 Maryland Ave. SW<br>Washington, DC 20202-0001 |
| US Department of Education<br>P.O. Box 16448<br>Saint Paul, MN 55116-0448 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St.<br>Harrisburg, PA 17102-1104 |
| UPGRADE, INC.<br>2 N CENTRAL AVE., 10TH FLOOR<br>PHOENIX AZ 85004-4422 |
| Wells Fargo Bank, N.A.<br>P.O. Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Card<br>Attn: Bankruptcy Department<br>P.O. Box 10438<br>Des Moines, IA 50306-0438 |
| Wells Fargo Card<br>P.O. Box 393<br>Minneapolis, MN 55480-0393 |
| William Spencer<br>Mariner Finance<br>8211 Town Center Dr.<br>Nottingham, MD 21236-5904 |
| Xfinity<br>P.O. Box 70219<br>Philadelphia, PA 19176-0219 |
| Joseph & Karla Nichols<br>804 Church St.<br>Moosic, PA 18507-1608 |